IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-232-FL

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF DEFAULT** |
| ) | |
| KATHRYN ALINE STEEL and ) | |
| GLEN STEEL, Individually, and d/b/a ) | |
| THE BARMUDA TRIANGLE, a/k/a ) | |
| BARMUDA TRIANGLE, et al., ) | |
| ) | |
| Defendants. ) | |

On June 9, 2010, Directv, Inc. ("plaintiff") filed this action against Kathryn Aline Steel and Glen Steel, Individually, and d/b/a The Barmuda Triangle, a/k/a Barmuda Triangle, and The Barmuda Triangle, a/k/a Barmuda Triangle ("defendants") under 47 U.S.C. § 521 [D.E 1]. On September 20, 2010, plaintiff moved for entry of default against defendants [D.E. 13].

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." On July 1, 2010, plaintiff allegedly served defendants with summons and a copy of the complaint [D.E. 9, 10, 11]. The time within which defendants may answer or otherwise plead has expired. See Fed. R. Civ. P. 12(a)(1)(A). It appears that defendants are subject to default. Accordingly, plaintiff's motion for entry of default against defendants is GRANTED [D.E. 13].

SO ORDERED. This 21st day of September 2010.

_____
Dennis P. Iavarone, Clerk of Court